1  Kimberly E. Colwell, Esq. (SBN: 127604)
   kcolwell@meyersnave.com
2  Tricia L. Hynes, Esq. (SBN: 212550)
   thynes@meyersnave.com
3  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
4  Oakland, CA  94607
   Telephone: (510) 808-2000
5  Facsimile: (510) 444-1108

6  Attorneys for Defendants
   CITY OF PETALUMA and
7  OFFICER PAUL ACCORNERO

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 MELVIN ATKINS,                          Case No:  C07-05524 SI

11                Plaintiff,

12 v.                                      **DEFENDANTS' PROOF OF SERVICE**

13 CITY OF PETALUMA; PETALUMA POLICE
   DEPARTMENT; OFFICER PAUL
14 ACCORNERO; and DOES 1 through 100,
   inclusive,
15
                  Defendants.
16

---

Defs C/Petaluma's and Officer Paul Accornero's Proof of Service [C07-05524 SI]

| | |
|---|---|
| 1 | PROOF OF SERVICE                                          FRCP RULE 5(b) |

I am employed in the City of Oakland and County of Alameda, California. I am over the age of 18 years and not a party to the within action. My business address is Meyers, Nave, Riback, Silver & Wilson, 555 12th Street, Suite 1500, Oakland, CA 94607.

On October 30, 2007, I served the within:

- **DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1331 and 1441(b) & (c) [Removal based on Federal Question]**
- **CIVIL COVER SHEET**
- **ADR DISPUTE RESOLUTION PROCEDURES**
- **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**
- **CASE MANAGEMENT CONFERENCE ORDER**
- **NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION**
- **ECF REGISTRATION INFORMATION HANDOUT**
- **WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO**
- **PUBLIC NOTICE – MAGISTRATE JUDGE**

on the parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

| | |
|---|---|
| Charles A. Bonner, Esq.<br>A. Cabral Bonner, Esq.<br>LAW OFFICES OF CHARLES A. BONNER<br>1913 Bridgeway<br>Sausalito, CA 94965 | Attorney for Plaintiff<br>Telephone: (415) 331-3070<br>Facsimile: (415) 331-2738 |

__X__ **(By First-Class Mail)** I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Oakland, California. I am readily familiar with the business practice for collection and processing of mail in this office; and that in the ordinary course of business said document would be deposited with the U.S. Postal Service in Oakland on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED at Oakland, California on October 30, 2007.

_____
Elena D. LaBella

---

Defs C/Petaluma's and Officer Paul Accornero's Proof of Service [C07-05524 SI]