```
 1  Kimberly E. Colwell (SBN: 127604)
    kcolwell@meyersnave.com
 2  Tricia L. Hynes (SBN: 212550)
    thynes@meyersnave.com
 3  MEYERS, NAVE, RIBACK, SILVER & WILSON
    555 12th Street, Suite 1500
 4  Oakland, CA  94607
    Telephone: (510) 808-2000
 5  Facsimile: (510) 444-1108

 6  Attorneys for Defendants
    CITY OF PETALUMA and
 7  OFFICER PAUL ACCORNERO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN ATKINS,<br><br>                    Plaintiff,<br><br>v.<br><br>CITY OF PETALUMA; PETALUMA POLICE DEPARTMENT; OFFICER PAUL ACCORNERO; and DOES 1 through 100, inclusive,<br><br>                    Defendants. | Case No:  C07-05524 SI<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: December 4, 2007        Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON


By: _____/s/_____
    Tricia L. Hynes
    Attorney for Defendants
    CITY OF PETALUMA and
    OFFICER PAUL ACCORNERO

1035240_1

---
Certificate of Interested Parties              1                          [C07-05524 SI]