| | |
|---|---|
| 1 | Kimberly E. Colwell (SBN: 127604) |
| | kcolwell@meyersnave.com |
| 2 | Tricia L. Hynes (SBN: 212550) |
| | thynes@meyersnave.com |
| 3 | MEYERS, NAVE, RIBACK, SILVER & WILSON |
| | 555 12th Street, Suite 1500 |
| 4 | Oakland, CA 94607 |
| | Telephone: (510) 808-2000 |
| 5 | Facsimile: (510) 444-1108 |

Attorneys for Defendants
CITY OF PETALUMA and
OFFICER PAUL ACCORNERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN ATKINS, | Case No: C07-05524 SI |
| Plaintiff, | |
| v. | **NOTICE OF UNAVAILABILITY OF COUNSEL** |
| CITY OF PETALUMA; PETALUMA POLICE DEPARTMENT; OFFICER PAUL ACCORNERO; and DOES 1 through 100, inclusive, | |
| Defendants. | |

Notice of Unavailability of Counsel                                              [C07-05524 SI]

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Tricia L. Hynes, counsel for Defendants City of Petaluma and Officer Paul Accornero will be unavailable December 21, 2007 through January 2, 2008, for all purposes including but not limited to receiving notice of any kind, appearing in court, responding to ex parte applications, filing papers, responding to communications, or attending depositions. (See *Tenderloin Housing Clinic v. Sparks* (1992) 8 Cal. App. 4th 299, 304-305.)

Dated: December 7, 2007           Respectfully submitted,

                                  MEYERS, NAVE, RIBACK, SILVER & WILSON


                                  By:  _____/s/_____
                                       Tricia L. Hynes
                                       Attorney for Defendants
                                       CITY OF PETALUMA and
                                       OFFICER PAUL ACCORNERO

1036706_1

---

Notice of Unavailability of Counsel            1                    [C07-05524 SI]