# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Atkins, | 07-05524 SI ENE |
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| City of Petaluma, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**William M. Goodman**
Kasowitz, Benson, Torres & Friedman LLP
101 California St.
Suite 2050
San Francisco, CA 94111
415-421-6140
wgoodman@kasowitz.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-05524 SI ENE                                       - 1 -

1   Counsel are reminded that the written ENE statements required by the ADR L.R.
2   5-8 shall NOT be filed with the court.

3

4   Dated: February 1, 2008

5                                 RICHARD W. WIEKING
                              Clerk
6                                 by:     Alice M. Fiel

7

8                                 _____
                              ADR Case Administrator
9                                 415-522-3148
                              Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Notice of Appointment of Evaluator**
07-05524 SI ENE                    - 2 -