**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 2/8/08

Case No.    C-07-5524 SI            Judge:   SUSAN ILLSTON

Title: MELVIN ATKINS  -v- CITY OF PETALUMA

Attorneys: C. Bonner         T. Hynes

Deputy Clerk:  Tracy Sutton   Court Reporter:  n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)   

3)   

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                            PART

Case continued to **5/2/08     @ 2:30 p.m.** for Further Case Management Conference

Case continued to **11/7/08     @ 9:00 a.m.**   for Motions
(Motion due **10/3/08**, Opposition **10/17/08** Reply **10/24/08**)

Case continued to **1/27/09    @ 3:30 p.m.**  for Pretrial Conference

Case continued to **2/9/09    @ 8:30 a.m.**  for Trial (jury:    Days)
Discovery Cutoff: 9/12/08  Designate Experts by: 11/24/08, Rebuttal Experts:12/5/08, Expert Discovery Cutoff:12/19/08

ORDERED AFTER HEARING: This case shall be referred to Magistrate-Judge Larson for settlement. The settlement conference shall occur between 3/24/08 though 4/11/08.

Cc: Wings

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 2/8/08

Case No.   C-07-5524 SI            Judge:   SUSAN ILLSTON

Title: MELVIN ATKINS  -v- CITY OF PETALUMA

Attorneys: C. Bonner        T. Hynes

Deputy Clerk:  Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2) _____

3) _____

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                   PART

Case continued to **5/2/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to **11/7/08    @ 9:00 a.m.**   for Motions
(Motion due **10/3/08**, Opposition **10/17/08** Reply **10/24/08**)

Case continued to **1/27/09    @ 3:30 p.m.**  for Pretrial Conference

Case continued to **2/9/09    @ 8:30 a.m.**  for Trial (jury:    Days)
Discovery Cutoff: 9/12/08  Designate Experts by: 11/24/08, Rebuttal Experts:12/5/08, Expert Discovery Cutoff:12/19/08

ORDERED AFTER HEARING: This case shall be referred to Magistrate-Judge Larson for settlement. The settlement conference shall occur between 3/24/08 though 4/11/08.

Cc: Wings