IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN ATKINS,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY OF PETALUMA, ET AL.,<br><br>        Defendant.<br>_____/ | No. C 07-05524 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: May 2, 2007 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 12, 2008.

DESIGNATION OF EXPERTS: 11/24/08; REBUTTAL: 12/5/08.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 19, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by October 3, 2008;

    Opp. Due October 17, 2008; Reply Due October 24, 2008;

    and set for hearing no later than November 7, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 27, 2009 at 3:30 PM.

JURY TRIAL DATE: February 9, 2009 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 3 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

This case shall be referred to Magistrate-Judge Larson for settlement. The settlement conference shall occur between 3/24/08 though 4/11/08.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                                       SUSAN ILLSTON
                                                                       United States District Judge