IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**
For the Northern District of California

MELVIN ATKINS,

          Plaintiff,

  v.

CITY OF PETALUMA, ET AL.,

          Defendant.

                           /

No. C 07-05524 SI

**PRETRIAL PREPARATION ORDER**
(CORRECTED)

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>May 2, 2008</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>September 12, 2008</u>.

DESIGNATION OF EXPERTS: <u>11/24/08</u>; REBUTTAL: <u>12/5/08</u>.
     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>December 19, 2008</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>October 3, 2008</u>;

    Opp. Due <u>October 17, 2008</u>;  Reply Due <u>October 24, 2008</u>;

   and set for hearing no later than <u>November 7, 2008</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>January 27, 2009</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>February 9, 2009</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be <u>3</u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

This case shall be referred to Magistrate-Judge Larson for settlement.  The settlement conference shall occur between 3/24/08 though 4/11/08.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

_____
SUSAN ILLSTON
United States District Judge