**meyers | nave** riback silver & wilson
professional law corporation

Tricia L. Hynes
Attorney at Law
510.808.2000

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge James Larson]*

March 6, 2008

<u>VIA E-FILE and FEDERAL EXPRESS</u>

Judge James Larson
United States District Court
450 Golden Gate Avenue
Courtroom F, 15th Floor
San Francisco, CA 94102

RE:  *Melvin Atkins, et al. v. City of Petaluma, et al.*
U.S. District Court - Northern District Docket No. C07-05524 SI
Defendants' Letter–Brief regarding appearances at Settlement Conference

Dear Judge Larson:

I am one of the two attorneys representing the City of Petaluma and Officer Accornero in this matter. We are scheduled to appear before you at a settlement conference on March 14, 2008. I will appear with the City's Risk Manager and with Officer Accornero. Lead trial counsel, Kim Colwell, however, will be in trial in the Eastern District in the matter *Tanya Creal v. City of Fairfield*, Docket No. 06-CV-00560 WBS (EFB).

I have been handling this case from its inception and will be prepared to answer all questions, and meaningfully participate in the settlement conference. Moreover, my clients are ready, willing and able to attend next Friday. In an abundance of caution, though, I am writing in advance to advise the Court and my opposing counsel that Ms. Colwell will be unable to attend.

Please let me know if this is acceptable to you. Thank you for your consideration of this request.

Very truly yours,

MEYERS, NAVE, RIBACK, SILVER & WILSON

*[signature]*

Tricia L. Hynes
TLH:kky
165780_1
c:  A. Cabral Bonner, Esq.