IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATKINS, | No. C 07-5524 SI |
| Plaintiff, | **ORDER REASSIGNING SETTLEMENT CONFERENCE** |
| v. | |
| CITY OF PETALUMA, et al., | |
| Defendants. | |

The settlement conference in this action is reassigned from Magistrate Judge James Larson to Magistrate Judge Bernard Zimmerman.

**IT IS SO ORDERED.**

Dated: March 24, 2008

SUSAN ILLSTON
United States District Judge