# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### MAGISTRATE JUDGE BERNARD ZIMMERMAN
### CIVIL MINUTE ORDER

DATE: 3/24/2008 @ 10:00 a.m.

TIME: 3 hours

**TITLE OF CASE:**                **DOCKET NO.:**

 Atkins v. City of Petaluma, et al.    C07-5524 SI (BZ)    ☒ REFERRAL

ATTORNEY(S) FOR PLAINTIFF(S):    ATTORNEY(S) FOR DEFENDANT(S):

A. Cabral Bonner, Charles Bonner    Tricia L. Hynes

COURT REPORTER/TAPE NO., SIDE, REEL NO.:_____

### PROCEEDINGS

| | | | |
|---|---|---|---|
| ☐ | NONDISPOSITIVE MOTION | ☐ | INITIAL PRETRIAL CONFERENCE (CMC) |
| | ☐ CONTESTED | ☐ | DISCOVERY CONFERENCE |
| | ☐ UNCONTESTED | ☒ | SETTLEMENT CONFERENCE |
| ☐ | DISPOSITIVE MOTION | ☐ | FINAL PRETRIAL CONFERENCE |
| ☐ | EVIDENTIARY HEARING | ☐ | MOTION HEARING/ARGUMENT |
| ☐ | FEE APPLICATION | ☐ | IRS ENFORCEMENT ORDERS |
| ☐ | STATUS CONFERENCE | ☐ | OTHER: SPECIFY BELOW |

ORDER TO BE PREPARED BY: ☐ PLAINTIFF  ☐ DEFENDANT  ☐ COURT

CASE CONTINUED TO:    April 14, 2008 at 3:00 p.m.

### NOTES

Counsel for defendant to place phone call.