| | |
|---|---|
| 1 | Kimberly E. Colwell (SBN: 127604) |
|  | kcolwell@meyersnave.com |
| 2 | Tricia L. Hynes (SBN: 212550) |
|  | thynes@meyersnave.com |
| 3 | MEYERS, NAVE, RIBACK, SILVER & WILSON |
|  | 555 12th Street, Suite 1500 |
| 4 | Oakland, CA  94607 |
|  | Telephone: (510) 808-2000 |
| 5 | Facsimile: (510) 444-1108 |
| 6 | Attorneys for Defendants |
|  | CITY OF PETALUMA and |
| 7 | OFFICER PAUL ACCORNERO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN ATKINS, | Case No:  C07-05524 SI |
| Plaintiff, |  |
| v. | **NOTICE OF UNAVAILABILITY OF COUNSEL** |
| CITY OF PETALUMA; PETALUMA POLICE DEPARTMENT; OFFICER PAUL ACCORNERO; and DOES 1 through 100, inclusive, |  |
| Defendants. |  |

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2  NOTICE IS HEREBY GIVEN that Tricia L. Hynes, counsel for Defendants City of Petaluma and Officer Paul Accornero will be unavailable March 28, 2008 through April 7, 2008, for all purposes including but not limited to receiving notice of any kind, appearing in court, responding to ex parte applications, filing papers, responding to communications, or attending depositions. (See *Tenderloin Housing Clinic v. Sparks* (1992) 8 Cal. App. 4th 299, 304-305.)

Dated: March 26, 2008

Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON

By: _____/s/_____
Tricia L. Hynes
Attorney for Defendants
CITY OF PETALUMA and
OFFICER PAUL ACCORNERO

1036706.2