IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: MAY 2, 2008 LAW & MOTION CALENDAR.
_____________________________________/

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT due to Judge Illston's unavailability, the Friday, May 2, 2008 law and motion calendar has been advanced to occur on TUESDAY, APRIL 29, 2008, at the same time as previously scheduled.

**Friday 5/2/2008**

**09:00 AM**
C-07-4002 TRICIA LECKLER v. CASHCALL, INC
Reserved for Cross Motions for Partial Summary Judgment
Defendant's Motion for Partial Summary Judgment
Plaintiff's Motion for Partial Summary Judgment

-----------

C-06-7477 GOLDEN HOUR DATA SYSTEMS v. HEALTH SERVICES INTEGRATION INC.,
Defendant's Motion for Summary Judgment of Invalidity

-----------

C-07-5892 JOHN LOFTON v. BANK OF AMERICA
Bank of America's Motion to Dismiss
Plaintiff's Motions to Compel Discovery Responses

-----------

C-07-2951.e ROSS v. US BANK NATIONAL ASSOCIATION
Motion for Clarification

-----------

C-07-2780.e ANN OTSUKA v. POLO RALPH LAUREN CORP.
Defendant's Motion to Dismiss
Plaintiff's Motion to Dismiss and to Remand

-----------

**11:00 AM**
CR-06-0428 UNITED STATES v. I CHING CHU
Judgment & Sentence

**02:00 PM**
C-07-6178 SEC v. DINEY MONDSCHEIN
Initial Case Management Conference

C-07-5531 ADOLPH VINCENT, JR., v. PACIFIC GAS & ELECTRIC
Initial Case Management Conference

United States District Court
For the Northern District of California

United States District Court
For the Northern District of California



C-07-6489.e LOIS RODDEN JEFFERSON PILOT FINANCIAL
Initial Case Management Conference
Phone - Elizabeth Green (818) 886-2525 x 6266
to be continued

-----------

C-08-0495.e NATALIE JO v. SALIE MAE
Initial Case Management Conference

-----------

C-08-0625.e CALIFORNIA CLOSET COMPANY INC., v. J. MARK EBBEN
Initial Case Management Conference

-----------

C-08-0252.e RIZALINA ABELLAN v. SUPERIOR
Initial Case Management Conference (pro se)

-----------

**02:30 PM**
C-06-7477.e GOLDEN HOUR DATA v. HEALTH SERVICES
Further Case Management Conference

-----------

C-07-1820 ERIC DENMEAD v. LOWE'S COMPANY
Further Case Management Conference

-----------

C-07-2951.e ROSS v. US BANK NATIONAL ASSOCIATION
Further Case Management Conference

-----------

C-07-3140.e JAMES W. BOWMAN v. CMC MORTGAGE INC.,
Further Case Management Conference

-----------

C-07-5524.e MELVIN ATKINS v. CITY OF PETALUMA
Further Case Management Conference

-----------

C-08-0376 RICHARD HASKIN v. MERCK & CO.
Initial Case Management Conference

Dated: April 10, 2008

RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk