# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE BERNARD ZIMMERMAN**
**CIVIL MINUTE ORDER**

DATE: 4/14/2008 @ 3:00 p.m.

TIME: 10 minutes

| **TITLE OF CASE:** | **DOCKET NO.:** | |
|---|---|---|
| Atkins v. City of Petaluma, et al. | C07-5524 SI (BZ) | ☒ REFERRAL |
| ATTORNEY(S) FOR PLAINTIFF(S): | ATTORNEY(S) FOR DEFENDANT(S): | |
| A. Cabral Bonner | Tricia L. Hynes | |

COURT REPORTER/TAPE NO., SIDE, REEL NO.: Not recorded

**PROCEEDINGS**

☐ NONDISPOSITIVE MOTION              ☐ INITIAL PRETRIAL CONFERENCE (CMC)
　　☐ CONTESTED                      ☐ DISCOVERY CONFERENCE
　　☐ UNCONTESTED                    ☒ SETTLEMENT CONFERENCE
☐ DISPOSITIVE MOTION                 ☐ FINAL PRETRIAL CONFERENCE
☐ EVIDENTIARY HEARING                ☐ MOTION HEARING/ARGUMENT
☐ FEE APPLICATION                    ☐ IRS ENFORCEMENT ORDERS
☐ STATUS CONFERENCE                  ☐ OTHER: SPECIFY BELOW

ORDER TO BE PREPARED BY: ☐ PLAINTIFF   ☐ DEFENDANT   ☐ COURT

CASE CONTINUED TO: _____

**NOTES**

G:\BZALL\-REFS\REFS.08\Atkins.minute2.order.wpd