UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN ATKINS,<br>　　　　Plaintiff(s),<br>　v.<br>CITY OF PETALUMA, et al.,<br>　　　　Defendant(s). | No. C07-5524 SI (BZ)<br><br>ORDER |

　　　With the consent of the parties, **IT IS HEREBY ORDERED** that a further settlement conference is scheduled for **May 2, 2008 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: April 15, 2008

　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\REFS.08\ATKINS FURTHER SC.wpd

1