1  Charles A. Bonner, Esq. (SBN: 85413)
2  A. Cabral Bonner, Esq. (SBN: 247528)
   LAW OFFICES OF CHARLES A. BONNER
3  1913 Bridgeway
   Sausalito, CA  94965
4  Telephone: (415) 331-3070
5  Facsimile: (415) 331-2738

6  Attorneys for Plaintiff
   MELVIN ATKINS
7
   Kimberly E. Colwell, Esq. (SBN: 127604)
8  kcolwell@meyersnave.com
   Tricia L. Hynes, Esq. (SBN: 212550)
9  thynes@meyersnave.com
   MEYERS, NAVE, RIBACK, SILVER & WILSON
10 555 12th Street, Suite 1500
   Oakland, CA  94607
11 Telephone: (510) 808-2000
   Facsimile: (510) 444-1108
12
   Attorneys for Defendants
13 CITY OF PETALUMA and
   OFFICER PAUL ACCORNERO
14

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17 | MELVIN ATKINS, | Case No:  C07-05524 SI (BZ) |

18 |              Plaintiff, | |

19 | v. | **[PROPOSED] ORDER RE STIPULATION TO USE OF PRIOR SETTLEMENT CONFERENCE IN LIEU OF MEDIATION HEREIN** |

20 | CITY OF PETALUMA; PETALUMA POLICE DEPARTMENT; OFFICER PAUL ACCORNERO; and DOES 1 through 100, inclusive, | |
21 | | Complaint Filed:  September 14, 2007 |
22 | | Trial Date:  Not Yet Set |
   |              Defendants. | |
23

24

25

26

27

28

1    Having reviewed the parties' Stipulation Re use of prior Settlement Conference in lieu of

2    Evaluation herein and other pleadings on file in the above-entitled case, the Court HEREBY

3    GRANTS parties' Stipulation.

4        All parties participated in a settlement conference with Magistrate Judge Bernard

5    Zimmerman on March 7, 2008.  The parties anticipate a follow up session with Magistrate Judge

6    Zimmerman on May 2, 2008.  The parties request that the settlement conference before Magistrate

7    Judge Zimmerman serve as a substitute for the mediation program in this matter and request that the

8    order referring the matter to court-connected Early Neutral Evaluation be formally vacated.

9        IT IS HEREBY ORDERED THAT the settlement conference before Magistrate Judge

10    Zimmerman serve as a substitute for the mediation program in this matter and the order referring

11    the matter to court-connected Early Neutral Evaluation be formally vacated.

12

13    Dated:  _____, 2008        _____

14                        HON. SUSAN ILLSTON
                        JUDGE, USDC, NORTHERN DISTRICT
15

16

17

18    1085561_1.DOC

19

20

21

22

23

24

25

26

27

28

1