**meyers|nave** riback silver & wilson
professional law corporation

Tricia L. Hynes
Attorney at Law
510.808.2128

April 17, 2008

**VIA E-FILE and FEDERAL EXPRESS**

Judge Bernard Zimmerman
United States District Court
450 Golden Gate Avenue
Courtroom G, 15th Floor
San Francisco, CA 94102

RE:  *Melvin Atkins v. City of Petaluma, et al.*
United States District Court, Northern District, Action No. C07-05524 SI

Dear Judge Zimmerman:

I am one of the two attorneys representing the City of Petaluma and Officer Paul Accornero in this matter. We are scheduled to appear before you at a Settlement Conference on May 2, 2008.

We would like to obtain your permission to excuse Officer Accornero from appearing since he has pre-paid, non-refundable vacation plans. Officer Accornero does not have any independent authority to settle the case.

The City of Petaluma's Risk Claims Administrator, Jerry Gebhardt, is willing to appear on May 2nd without Officer Accornero present.

Should you decide that it is necessary for Officer Accornero to be present at the Settlement Conference, we request that it be moved to a different date.

Please let me know if this is acceptable to you. Thank you for your consideration of this request.

Very truly yours,

MEYERS, NAVE, RIBACK, SILVER & WILSON

/S/

Tricia L. Hynes
TLH:kky
c:  Charles A. Bonner, Esq. (via email)
    A. Cabral Bonner, Esq. (via email)
1085103_1



GRANTED
Bernard Zimmerman
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

555 12th Street, Suite 1500  |  Oakland, California 94607  |  tel 510.808.2000  |  fax 510.444.1108  |  www.meyersnave.com

LOS ANGELES • OAKLAND • SACRAMENTO • SAN FRANCISCO • SANTA ROSA