Charles A. Bonner, Esq. (SBN: 85413)
A. Cabral Bonner, Esq. (SBN: 247528)
LAW OFFICES OF CHARLES A. BONNER
1913 Bridgeway
Sausalito, CA 94965
Telephone: (415) 331-3070
Facsimile: (415) 331-2738

Attorneys for Plaintiff
MELVIN ATKINS

Kimberly E. Colwell, Esq. (SBN: 127604)
kcolwell@meyersnave.com
Tricia L. Hynes, Esq. (SBN: 212550)
thynes@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
CITY OF PETALUMA and
OFFICER PAUL ACCORNERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN ATKINS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF PETALUMA; PETALUMA POLICE DEPARTMENT; OFFICER PAUL ACCORNERO; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No: C07-05524 SI (BZ)<br><br>**[PROPOSED] ORDER RE STIPULATION TO USE OF PRIOR SETTLEMENT CONFERENCE IN LIEU OF MEDIATION HEREIN**<br><br>Complaint Filed: September 14, 2007<br>Trial Date: Not Yet Set |

Stipulation & Order re: Settlement in lieu of ENE　　　　　　　　　　　　　　　　[C07-05524 SI(BZ)]

1 | Having reviewed the parties' Stipulation Re use of prior Settlement Conference in lieu of Evaluation herein and other pleadings on file in the above-entitled case, the Court HEREBY GRANTS parties' Stipulation.

All parties participated in a settlement conference with Magistrate Judge Bernard Zimmerman on March 7, 2008. The parties anticipate a follow up session with Magistrate Judge Zimmerman on May 2, 2008. The parties request that the settlement conference before Magistrate Judge Zimmerman serve as a substitute for the mediation program in this matter and request that the order referring the matter to court-connected Early Neutral Evaluation be formally vacated.

IT IS HEREBY ORDERED THAT the settlement conference before Magistrate Judge Zimmerman serve as a substitute for the mediation program in this matter and the order referring the matter to court-connected Early Neutral Evaluation be formally vacated.

Dated: _____, 2008    _____
HON. SUSAN ILLSTON
JUDGE, USDC, NORTHERN DISTRICT

1085561_1.DOC