# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: 5/14/08

Case No.   C-07-5524 SI           Judge:   SUSAN ILLSTON

Title: MELVIN ATKINS  -v- CITY OF PETALUMA

Attorneys: Largarde            T. Hynes

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

## PROCEEDINGS

1)   Further Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                        PART

Case continued to


ORDERED AFTER HEARING:
The parties informed the Court that the case has been settled.  The Court will issue a 90 Day Conditional Dismissal.